IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Ayanna | Case Number: 05 B 31191 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/17/09 | Filed: 8/9/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: February 3, 2009
Confirmed:   September 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 11,160.00 | |
| Secured: | | 8,648.58 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,905.20 |
| Trustee Fee: | | 606.22 |
| Other Funds: | | 0.00 |
| Totals: | 11,160.00 | 11,160.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,905.20 | 1,905.20 |
| 2. | Credit Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 11,246.91 | 8,648.58 |
| 4. | Capital One Auto Finance | Unsecured | 639.51 | 0.00 |
| 5. | National Quick Cash | Unsecured | 45.80 | 0.00 |
| 6. | Munster Radiology Group | Unsecured | 19.60 | 0.00 |
| 7. | Patients 1st ER Med Consult PC | Unsecured | 28.89 | 0.00 |
| 8. | Community Hospital | Unsecured | 56.93 | 0.00 |
| 9. | Budget Counselors Credit Services | Unsecured | | No Claim Filed |
| 10. | Keynote Consuling | Unsecured | | No Claim Filed |
| 11. | Multi Media | Unsecured | | No Claim Filed |
| 12. | Sprint | Unsecured | | No Claim Filed |
| 13. | TCF Bank | Unsecured | | No Claim Filed |
| 14. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 15. | Wow Internet | Unsecured | | No Claim Filed |
| | | | $ 13,942.84 | $ 10,553.78 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 198.00 |
| 5% | 36.00 |
| 4.8% | 103.66 |
| 5.4% | 174.96 |
| 6.5% | 93.60 |
| | $ 606.22 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Ayanna | Case Number: 05 B 31191 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/17/09 | Filed: 8/9/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach.*